IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD C. KING | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| PATTI LABELLE a/k/a PATRICIA | § | |
| EDWARDS; ZURI KYE EDWARDS; | § | CIVIL ACTION NO. 4:11-cv-02396 |
| EFREM HOLMES; AND NORMA HARRIS | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __5__ Days        Jury: __X__        Non-Jury: _____

1. NEW PARTIES shall be joined by:
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   November 30, 2011
   (60 Days After Status Conference)

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:

   May 31, 2012

3. EXPERT WITNESS for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:

   June 29, 2012

4. DISCOVERY must be completed by:
   Written discovery requests are note timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

   July 30, 2012

5. DISPOSTIVIE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:

   July 30, 2012
   (Due 90 Days Prior to Trial Date)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
   (The Court will fill in this date)

   October 22, 2012
   (Due Monday one week before Trial)

7. TRIAL will begin at 8:30 a.m.

   October 29, 2012
   (15 Months from date case is filed)

29 September 2011
_____
Date

_____
Keith P. Ellison, United States District Judge

Scheduling/Docket Control Order
Page 2

**Counsel for Plaintiff:**

| | |
|---|---|
| 09/26/11 | /s/ *John W. Raley* |
| Date | John W. Raley |
| | Texas State Bar No. 16488400 |
| | Robert M. Bowick |
| | Texas Bar No. 24029932 |
| | Federal I.D. No. 28377 |
| | Raley & Bowick, LLP |
| | 1800 Augusta Dr., Suite 300 |
| | Houston, Texas 77057 |
| | Phone: (713) 429-8050 |
| | Fax: (713) 429-8045 |
| | jraley@raleybowick.com |
| | rbowick@raleybowick.com |

**Counsel for Defendants:**

| | |
|---|---|
| 09/29/11 | 09/29/11 |
| Date | Date |
| | |
| /s/ *Samantha K. Trahan*  \*By Permission | /s/ *Philip Robert Brinson*  \*By Permission |
| Geoffrey H. Bracken *(Attorney in Charge)* | Philip Robert Brinson *(Of Counsel)* |
| Texas Bar No. 02809750 | Texas Bar No. 00787139 |
| Samantha K. Trahan *(Of Counsel)* | Doyen Sebesta, Ltd., L.L.P. |
| Texas Bar No. 24028073 | 450 Gears Rd., Suite 350 |
| Gardere Wynne Sewell, LLP | Houston, Texas 77067 |
| 1000 Louisiana St., Suite 3400 | Phone: (713) 580-8900 |
| Houston, Texas 77002-5011 | Fax: (713) 580-8910 |
| Phone: (713) 276-5500 | pbrinson@ds-lawyers.com |
| Fax: (713) 276-5555 | |
| gbracken@gardere.com | |
| strahan@gardere.com | |