UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD C. KING, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| PATTI LABELLE a/k/a PATRICIA EDWARDS, ZURI KYE EDWARDS, EFREN HOLMES, *et al.*, | § | |
| *Defendants*. | § | NO. 4:11-CV-2396 |
| ZURI KYE EDWARDS, | § | |
| *Third-Party Plaintiff*, | § | |
| v. | § | |
| CONTINENATAL AIRLINES, INC., | § | |
| *Third-Party Defendant*. | § | |

### CONTINENTAL AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendant Continental Airlines, Inc. hereby makes its corporate disclosure statement as follows:

Defendant Continental Airlines, Inc. is a Delaware corporation authorized to do business in Texas. On March 2, 2012, Continental Airlines, Inc. merged with United Air Lines, Inc., a Delaware corporation authorized to do business in Texas. United Air Lines, Inc. is a wholly-owned subsidiary of United Continental Holdings, Inc., a publicly-traded Delaware corporation.

Respectfully submitted,

BROWN SIMS, P.C.

By: /s/ Tarush R. Anand
    Nelson Skyler
    Texas Bar No. 00784982
    S.D. Tex. No. 22969
    1177 West Loop South, Tenth Floor
    Houston, Texas  77027-9007
    Telephone:    (713) 629-1580
    Facsimile:      (713) 629-5027

**Attorney-in-charge for Defendant**
**Continental Airlines, Inc.**

OF COUNSEL:

BROWN SIMS, P.C.

Tarush R. Anand
Texas Bar No. 24055103
S.D. Tex. No. 712010

Kevin C. Hormann
Texas Bar No. 24074440
S.D. Tex. No. 1127050

1177 West Loop South, Tenth Floor
Houston, Texas 77027
Telephone: (713) 629-1580
Facsimile: (713) 629-5027

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of this document has been served on all attorneys of record and/or pro-se litigants by U.S. certified mail, return receipt requested, by hand-delivery, or by electronic mail from the Clerk of this Court on April 16, 2012.

      /s/ Tarush R. Anand
      Tarush R. Anand