IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD C. KING | § | |
| *Plaintiff,* | § | |
| vs. | § | CIVIL ACTION NO.: 11-2396 |
| PATTI LABELLE, ZURI KYE EDWARDS, EFREN HOLMES, et al. | § | |
| *Defendant.* | § | |

Jury Note No ___1___

Can we get a copy of the Norma Harris deposition?

Date: 9-23-14

Foreperson: _____

**Courts Answer**

No, you must consider the trial testimony that was presented during trial.

Date: 23 September 2014

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE