IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD C. KING | § | |
| *Plaintiff,* | § § § | |
| vs. | § § | CIVIL ACTION NO.: 11-2396 |
| PATTI LABELLE, ZURI KYE EDWARDS, EFREN HOLMES, et al. | § § § § | |
| *Defendant.* | § | |

Jury Note No ___2___

Is pushing or touching or infringe on space an assault.

Date: 9-23-14

Foreperson: ___

**Courts Answer**

Please refer to the definition in question #1 on the verdict form.

Date: 23 September 2014

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE