IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD C. KING | § | |
| *Plaintiff,* | § § § | |
| vs. | § | CIVIL ACTION NO.: 11-2396 |
| PATTI LABELLE, ZURI KYE EDWARDS, EFREN HOLMES, et al. | § § § § | |
| *Defendant.* | § | |

Jury Note No __3__

Is the definition of assault in Question 1 of the verdict form an interpretation of the applicable federal law or verbatim of said law?

Date: 9-23-14

Foreperson

**Courts Answer**

Please rely on the definition given in question #1.

Date: 23 September 2014

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE