IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD C. KING | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 11-2396 |
| | § | |
| PATTI LABELLE, ZURI KYE EDWARDS, | § | |
| EFREN HOLMES, et al. | § | |
| | § | |
| *Defendant.* | § | |

Jury Note No __4__

Please provide the legal definition of provoke in the context of question #2 section (b)

Date: 9-23-14

Foreperson

**Courts Answer**

"Provoke" is not defined in the statute. There is no agreed legal definition to "provoke." Please consider the meaning of the word in ordinary usage.

Date: 23 Sept. 2014

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE